[No. 65393-8-I.   Division One.   November 28, 2011.]

*In the Matter of the Personal Restraint of* NORM JOHN TRAPP, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 65408-0-I.   Division One.   November 28, 2011.]

THE CITY OF MILL CREEK, *Appellant*, v. THE WASHINGTON STATE BOUNDARY REVIEW BOARD FOR SNOHOMISH COUNTY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-06449-9, Larry E. McKeeman, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Lau, JJ.

[No. 65619-8-I.   Division One.   November 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC JAMES CHRISTENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00150-1, Thomas J. Wynne, J., entered June 18, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.

[Nos. 66341-1-I; 66342-9-I;   Division One.   November 28, 2011.]
66343-7-I; 66344-5-I;
66345-3-I; 66445-0-I;
66446-8-I; 66447-6-I;
66448-4-I; 66449-2-I.

*In the Matter of the Dependency of* T.A.T. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. BRIAN K. TAKACS ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 09-7-01137-7, Ronald L. Castleberry, J., entered November 19, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.